C.C.& J. ENTER., INC. v. CITY OF ASHEVILLE

No. 184PA99

Case below: 132 N.C.App. 550

Motion by intervenor for temporary stay allowed 20 April 1999 pending determination of intervenor's petition for discretionary review.

DELTA ENV. CONSULTANTS OF N.C. v.
WYSONG & MILES CO.

No. 108P99

Case below: 132 N.C.App. 160

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1999. Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 dismissed 6 May 1999.

FAULKENBURY v. TEACHERS' AND STATE EMPLOYEES' RET. SYS.

No. 100P99

Case below: 132 N.C.App. 137

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 May 1999.

GENERAL ACCIDENT INS. CO. v. MSL ENTER., INC.

No. 112P99

Case below: 132 N.C.App. 234

Petition by third party plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 May 1999.

HENDRICKS v. HILL REALTY GRP., INC.

No. 49P99

Case below: 131 N.C.App. 859

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1999. Conditional petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 dismissed 6 May 1999.